

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-15-00128-CR

**IN RE** Eduardo **TREVINO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                 Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice

On March 9, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and the clerk's record provided by the trial court and has determined that the relief sought by relator has been obtained by virtue of the trial court's order dated March 20, 2015. Relator's petition is now moot. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a). Relator's request for leave to file the petition for writ of mandamus is also DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on April 2, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 1999CR4085, 1999CR6204, and 1999CR6205, each styled *The State of Texas v. Eduardo Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Lorina I. Rummel presiding.